IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

modified
**DEFAULT O/E JAD**

IN RE:
    ANGELA M. BALTIMORE

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:12-24916 JAD

Chapter 13

Document No.: ~~78~~ 84

ORDER OF COURT

    AND NOW, this __3rd__ day of __January__, 20__18__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    (7) The Debtor(s) SHALL FILE his/her Financial Management Course Certificate And Certificate Of Discharge Eligibility by __1/24/2018__ or sanctions may be imposed.

BY THE COURT:

jsf
U.S. BANKRUPTCY JUDGE

FILED
1/3/18 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 12-24916-JAD
Angela M. Baltimore                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy              Page 1 of 2            Date Rcvd: Jan 03, 2018
                              Form ID: pdf900         Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db           +Angela M. Baltimore,    4520 Monongehela Street,    Pittsburgh, PA 15207-1536
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA 15219
13512867      CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,   50368-8971
13483017      Citimortgage Inc.,    P.O. Box 790005,    Saint Louis, MO 63179-0005
13520773     +City and School District of Pittsburgh,     c/o Goehring, Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13520796     +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
14196599     +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13483019     +Peoples Natural Gas Company,    375 North Shore Dr Ste 600,    Pittsburgh PA 15212-5866
13520772     +Pittsburgh Water & Sewer Authority,    c/o Goehring, Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13483020      Verizon,   P.O. Box 15026,    Albany, NY 12212-5026
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13500154      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 04 2018 02:03:58
               American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Allegheny County
cr            CITIMORTGAGE, INC.
cr            City and SD of Pittsburgh
cr            MIDFIRST BANK
cr            Pittsburgh Water & Sewer Authority
cr*          +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13483018     ##+Citimortgage Inc.,    c/o Patrick Wesner, Esquire,    Milstead & Associates,
               220 Lake Drive East, Suite 301,    Cherry Hill, NJ 08002-1165
                                                                                 TOTALS: 5, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Debtor Angela M. Baltimore julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;rlager@st
              Matthew Christian Waldt    on behalf of Creditor   CITIMORTGAGE, INC. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2           User: culy                Page 2 of 2              Date Rcvd: Jan 03, 2018
                               Form ID: pdf900           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 10