IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| ANGELA M. BALTIMORE, | : | Bankruptcy No. **12-24916JAD** |
| | : | |
| | : | Related to Doc. # **90** |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |

**ORDER**

AND NOW, this **30th** day of **January, 2018,** it appears to the Court that the Debtor has failed to file her Financial Management Course Certificate and Certificate of Discharge Eligibility which were due January 24, 2018 per the Order of Court at **Doc. #90.**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Debtor is given an extension until February 12, 2018 to file the said documents or sanctions may be imposed.

FILED
1/30/18 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

cm:  Debtor
     Kenneth Steidl, Esq.
     Ronda J. Winnecour, Esq.

00023243

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-24916-JAD
Angela M. Baltimore                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin            Page 1 of 1            Date Rcvd: Jan 30, 2018
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db             +Angela M. Baltimore,    4520 Monongehela Street,    Pittsburgh, PA 15207-1536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth  Steidl    on behalf of Debtor Angela M. Baltimore julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Matthew Christian Waldt    on behalf of Creditor    CITIMORTGAGE, INC. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 10