N

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| ANGELA M. BALTIMORE, | : | Bankruptcy No.  <u>12-24916JAD</u> |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |

# ORDER

**AND NOW,** this <u>14th</u> day of **February,** 2018, **IT APPEARS TO THE COURT THAT** an Order was signed on **January 30, 2018**, at **Doc. #93** which directed the debtor to file the **Financial Management Course Certificate** and the **Certificate of Discharge Eligibility** by **February 12, 2018**, or sanctions may be imposed.

**IT FURTHER APPEARS TO THE COURT THAT** said documents remain unfiled.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** THE CLERK OF THE U.S. BANKRUPTCY COURT SHALL CLOSE THIS CASE, WHEN APPROPRIATE, **WITHOUT A DISCHARGE.**

jsf

**JEFFERY A. DELLER**
U.S. Bankruptcy Court

FILED
2/14/18 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00023352

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Angela M. Baltimore
     Debtor

Case No. 12-24916-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 2     Date Rcvd: Feb 14, 2018
                            Form ID: pdf900     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
```
db              +Angela M. Baltimore,    4520 Monongehela Street,    Pittsburgh, PA 15207-1536
cr               Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13512867         CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,    50368-8971
13483017         Citimortgage Inc.,    P.O. Box 790005,    Saint Louis, MO 63179-0005
13520773        +City and School District of Pittsburgh,    c/o Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13520796        +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14196599        +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13483019        +Peoples Natural Gas Company,    375 North Shore Dr Ste 600,    Pittsburgh PA 15212-5866
13520772        +Pittsburgh Water & Sewer Authority,    c/o Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13483020         Verizon,    P.O. Box 15026,    Albany, NY 12212-5026
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13500154         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2018 02:08:01
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
                                                                            TOTAL: 1
```

```
                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Allegheny County
cr               CITIMORTGAGE, INC.
cr               City and SD of Pittsburgh
cr               MIDFIRST BANK
cr               Pittsburgh Water & Sewer Authority
cr*             +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13483018        ##+Citimortgage Inc.,    c/o Patrick Wesner, Esquire,    Milstead & Associates,
                 220 Lake Drive East, Suite 301,    Cherry Hill, NJ 08002-1165
                                                             TOTALS: 5, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
              cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
              cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Kenneth  Steidl    on behalf of Debtor Angela M. Baltimore julie.steidl@steidl-steinberg.com,
              ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
              nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
              inberg.com
              Matthew Christian Waldt    on behalf of Creditor    CITIMORTGAGE, INC. mwaldt@milsteadlaw.com,
              bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

District/off: 0315-2            User: lfin            Page 2 of 2            Date Rcvd: Feb 14, 2018
                               Form ID: pdf900       Total Noticed: 11

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                        TOTAL: 10